SUCCESSION OF EDWARD A. HORRELL, SR.

        \*        NO. 2019-CA-0269

        \*        COURT OF APPEAL

        \*        FOURTH CIRCUIT

        \*        STATE OF LOUISIANA

        \*

        \*

\* \* \* \* \* \* \*


**LOMBARD, J., CONCURS IN THE RESULT**